```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 07068
   THOMAS FULLMER
   HEATHER FULLMER                               CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

             Debtor
     SSN XXX-XX-7993      SSN XXX-XX-5137


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

     1.  The case was filed on 04/19/07 .

     2.  The case was dismissed without confirmation, 08/31/2007.

     3.  The Debtor paid a total of $   4111.00 .

     4.  The Trustee made disbursements to creditors as follows:


 ------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
 ------------------------------------------------------------------------------

 SELECT PORTFOLIO SERVICI  CURRENT MORTG        .00             .00            .00
 SELECT PORTFOLIO SERVICI  MORTGAGE ARRE  NOT FILED             .00            .00
 AMERICREDIT FINANCIAL     SECURED VEHIC        .00             .00        2023.43
 HEIGHTS FINANCE CORP      SECURED VEHIC        .00             .00         215.04
 ASSET ACCEPTANCE CORP     UNSECURED      NOT FILED             .00            .00
 CAPITAL ONE FINANCIAL     UNSECURED      NOT FILED             .00            .00
 CHECK RECOVERY SYSTEMS    UNSECURED      NOT FILED             .00            .00
 CCA                       UNSECURED      NOT FILED             .00            .00
 CREDIT PROTECTION ASSOC   UNSECURED      NOT FILED             .00            .00
 CREDIT RECOVERY INC       UNSECURED      NOT FILED             .00            .00
 FIRST CONSUMERS NATIONAL  UNSECURED      NOT FILED             .00            .00
 JEWEL FOOD STORES INC     UNSECURED      NOT FILED             .00            .00
 ICS                       UNSECURED      NOT FILED             .00            .00
 KCA FINANCIAL SERVICES    UNSECURED      NOT FILED             .00            .00
 MAGE & PRICE              UNSECURED      NOT FILED             .00            .00
 MEDICAL COLLECTORS        UNSECURED      NOT FILED             .00            .00
 MERCHANTS CREDIT GUIDE    UNSECURED      NOT FILED             .00            .00
 MERCHANTS CREDIT GUIDE    UNSECURED      NOT FILED             .00            .00
 MERCHANTS CREDIT GUIDE    UNSECURED      NOT FILED             .00            .00
 MIDSTATE COLLECTION       UNSECURED      NOT FILED             .00            .00
 ------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
 ------------------------------------------------------------------------------

 MONEY RECOVERY NATIONWID  UNSECURED      NOT FILED             .00            .00
 PARK DANSAN               UNSECURED      NOT FILED             .00            .00
 STATE COLLECTION SRV      UNSECURED      NOT FILED             .00            .00
 UNITED COLLECTIONS        UNSECURED      NOT FILED             .00            .00
           Summary of disbursements:
 ------------------------------------------------------------------------------
                     SECURED      PRIORITY      UNSECURED       OTHER         TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00           .00           .00           .00           .00
PRINCIPAL PAID              2238.47           .00           .00           .00       2238.47
INTEREST PAID                   .00           .00           .00           .00           .00
TOTAL PAID                  2238.47           .00           .00           .00       2238.47
```
The Debtor's attorney, JAMES A YOUNG & ASSOC      , was allowed $   2500.00 and was paid $     917.39 .

The Trustee received $      84.24 .

Refunds to the Debtor totaled $    870.90 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/16/07                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE